UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 3:05-CR-320 (JCH) |
| WILLIE JACKSON, : | |
| Defendant. : | MAY 3, 2010 |
| : | |

**RULING RE: MOTION FOR WRIT OF ERROR CORAM NOBIS (Doc. No. 85)**

On March 31, 2010, this court issued a Notice, granting defendant Willie Jackson until May 1, 2010 to show cause why this court had the ability to grant his Motion for Writ of Error Coram Nobis (Doc. No. 85).  The court warned Jackson that his Motion would be terminated absent such a showing.  As this court stated in the March 31 Notice, a writ of error <u>coram nobis</u> is "essentially a remedy of last resort for petitioners who are <u>no longer in custody pursuant to a criminal conviction</u> and therefore cannot pursue direct review or collateral relief by means of a writ of habeas corpus."  <u>Fleming v. United States</u>, 146 F.3d 88, 89-90 (2d Cir.1998) (emphasis added).

To date, Jackson has not shown cause, pursuant to this court's March 31 Notice.  Moreover, because Jackson is still in custody pursuant to a criminal conviction, a denial of his Motion is appropriate.  Jackson's Motion for Writ of Error Coram Nobis (Doc. No. 85) is therefore **DENIED**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 3rd day of May, 2010.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge